MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.   08 CR 298 |
| ) | Magistrate Judge Maria Valdez |
| ENCIO TONEV ENCEV ) | |
| KAMELIYA KIRILOVA VALKOVA ) | |

FILED
5-16-2008
MAY 1 6 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

**MOTION TO DISMISS COMPLAINT**

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Federal Rule of Criminal Procedure 48(a) and Title 18, United States Code, Sections §§ 3161 and 3162(a)(1), the government moves the Court to dismiss the complaint without prejudice in this case. The government moves the court to dismiss without prejudice based upon the seriousness of the offense

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____